# EXHIBIT D

City of Springfield - Class Specification Bulletin                                   Page 1 of 2



# Snow Route Inspector

Class Code: 4616

Bargaining Unit: Non Bargaining-Seasonal

CITY OF SPRINGFIELD
Established Date: Sep 19, 2012
Revision Date: Sep 19, 2012

### SALARY RANGE
$25.00 Hourly

### POSITION PURPOSE/SUMMARY:
This is a seasonal position inspecting snow plow routes in the City of Springfield to ensure proper completion of snow plowing in assigned areas. Work involves responsibility for managing, tracking, and inspecting the work completed by both the city's plows as well as the hired snow plows. Work involves assigning hired plows to routes, monitoring and reporting progress to snow control, tracking vendor's time, and inspecting work to ensure the plowing was done properly. Performance is reviewed by DPW's management through sample inspections of snow routes. No supervision is exercised over other employees.

### ESSENTIAL FUNCTIONS:

- Assigns city equipment and hired snow plows to routes
- Tracks and reports progress of assigned equipment and hired snow plows during winter storms
- Instructs hires on the proper procedure for snow removal.
- Records hired plows start time and end time for payment purposes.
- Ensures hired plows stay on task and do not deviate from assigned plowing routes.
- Inspects snow plow routes to ensure proper completion of plowing of assigned streets

### KNOWLEDGE, SKILLS, AND ABILITIES:

- Ability to safely drive on snow/ice covered roads
- Ability to read a map
- Ability to effectively communicate verbally with vendors, snow control, and city residents
- Ability to log resident's complaints both through written logs as well as electronically
- Ability to understand and conform to the laws, rules, regulations, policies, procedures, standards, guidelines and specifications governing assigned activities

0018

- Knowledge of the use of equipment and materials commonly used in municipal snow removal operations

**EDUCATION AND EXPERIENCE:**

- High school diploma or equivalent.

**SPECIAL NECESSARY QUALIFICATIONS:**
Must possess a current, valid MA driver's license

**TECHNOLOGY:**
Requires basic computer skills.

**WORKING CONDITIONS AND PHYSICAL REQUIREMENTS:**
Work is performed in a field environment in inclement weather. Regular and punctual attendance is a requirement.

While performing the duties of this job, the employee is frequently required to sit and stand; use hands or fingers; handle or feel; talk and hear; reach with hands and arms; lift and hoist; stoop and bend over. Specific vision abilities required by this job include close vision and the ability to adjust focus.

This job description is not intended to be and should not be construed as an all inclusive list of all the responsibilities, skills, and working conditions associated with the position. While it is intended to accurately reflect the position activities and requirements, these requirements may change over time. Management reserves the right to modify, add or remove duties and assign other related work as necessary.