# EXHIBIT G

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN WILLIAMS, ) | |
| ) | |
|     Plaintiff ) | Civil Action No. 3:16-cv-30179 |
| ) | |
| v. ) | |
| ) | |
| CITY OF SPRINGFIELD DEPARTMENT OF ) | |
| PUBLIC WORKS, ) | |
| ) | |
|     Defendant ) | |

## AFFIDAVIT OF CHRISTOPHER CIGNOLI

I, Christopher Cignoli, on oath, hereby state:

1. This affidavit was authored in connection to the United States District Court, Civil Action No.: 3:16-30179.

2. I, Christopher Cignoli, state that I am currently employed as Director of the Department of Public Works ("DPW") in Springfield, Massachusetts and have been since June 2014.

3. My duties and responsibilities as Director of the DPW include, but are not limited to: planning, administering, directing and coordinating the comprehensive diversified operations, functions, activities, and services of all divisions of the municipal Department of Public Works,. Specifically, I am responsible for directing the construction, maintenance, repair, cleaning, plowing, and sanding of municipal streets, sidewalks and overseeing the City's Solid Waste and Recycling Program.

4. Prior to my position as Director of the DPW, I was employed as the City Engineer by the DPW from January 2010 to May 2014. My duties and responsibilities as engineer in the

1

DPW included: planning, directing and coordinating the field and office functions, activities and services of the engineering divisions of the Department of Public works.

5. At my direction is a full list of people and their positions and applicable departments who worked between snow seasons 2009 to 2017:

6. Alvarado, Edel – Landfill Foreman, DPW
   Arroyo, Ruben – Housing: Code Enforcement Inspector, no longer employed
   Astacio, Luis – Signal Tech, DPW
   Beem, Steve – Assistant Deputy, DPW
   Bergdoll, Kevin – Solid Waste Laborer, DPW
   Bernard, Bob – Assistant Deputy, DPW
   Brown, Kris E. – Solid Waste, DPW
   Brush, Ed – Solid Waste Foreman, DPW
   Byrne, David – Code Enforcement inspector; retired
   Cass, Mike – Graffiti remediation, housing
   Charizio, Darren – Assistant Fleer Manager, DPW
   Choinere, Leonard – Streets and Engineering Foreman, DPW
   Collins, Eamon – Custodian, Facilities
   Cirelli, John – Manager, Parks
   Connors, Francis –Weights Measures DPTY Sealer, Building
   Cotter, David – Deputy, Code Enforcement
   Cunningham, Edward – Electronic Tech
   Day, R. – Solid Waste Driver, DPW
   Dearing, B. – Inspectional Service Clerk, Housing
   Delgado, Sheila – Inspectional Service Clerk, Housing
   Donelon, Scott – Solid Waste Manager, DPW
   Dromey, Phil – Director, Planning
   Dulude, William – Intermittent Work Maintenance Foreman, DPW
   DeRose, Vincent – Engineer Grade III, DPW
   Garrity, Patrick – Engineer Grade III, DPW
   Gebo, James – 15 years Solid Waste; Snow Remover, DPW
   Gentile, Robert – Streets and Engineering Foreman, DPW
   Grimaldi, Anthony R. – 20 years DPW; 5 years as Snow Inspector, DPW
   Guyer, Kevin – Signal Tech, DPW
   Ellard, Clifford – Work Maintenance Foreman – Traffic, DPW
   Hebert, Mark E. –Emergency snow plowing 1995-2006; Deputy Code Enforcement
       Commissioner, Building
   Holt, Tyrone – Civil Engineer, DPW
   Hotling, Kerry – Grade IV Engineer, DPW
   Houldson, Robert – DPW IT Manager, DPW
   Knighly, Connor – Grade III Engineer, DPW
   Korman, Joseph – Signal Tech., DPW
   Jankiewicz, Steve – Traffic Engineering Foreman, DPW

2

LaRoe, George – Strts & Engr. Foreman, DPW; retired
LaRosa, Rudolph R. – Garage Foreman, DPW
LaSanta, Angel – Solid Waste Division, DPW
Mann, Jason – GIS Engineer, DPW
Martinez, Juan – Code Enforcement Inspector, Housing
McCall, Thomas – Labor Refuse Collection, DPW
McNulty, Michael –Code Enforcement Inspector, Housing
Mercure, Ed–Streets Engineering Foreman, DPW; retired
Mineo, Luca – Grade III Engineer, DPW
Mullen, Christopher – Work Foreman – Traffic, DPW
O'Connor, Keith – Zoning Enforcement Officer, Code Enforcement
Ollari, James – Snow Inspectors, DPW
Pellerin, Al – Working Foreman –traffic; DPW
Pianka, Bill – Fleet Manager, DPW
Pickney, Wes, Head custodian – Tapley; retired
Prout, R. – Solid Waste Driver, DPW
Rowtham, Maurice –Code Enforcement Inspector, Housing
Shumway, Peter – Grade V Engineer, DPW
Seldin, James – Assistant Solid Waste Manager, DPW
Spaulding, Robert – Intermittent Work Maintenance Foreman – Streets, DPW
St. Germain, Daniel – Intermittent Foreman – Solid Waste, DPW
Stevenson, Charles – Traffic Electrician, DPW
Sumares, Charles – Solid Waste Foreman, DPW; retired
Tuckey, Mike – Code Enforcement, DPW
Velozo, Gary L. – Snow Inspector, DPW
Williams, Bob – Inspector Housing; Building
Williams, Jean –Senior Clerk Typist, DPW
Williamson, Eddie – Solid Waste Foreman, DPW

SIGNED under the penalties of perjury this ___3rd___ day of __August_____, 2018.

_____
Christopher Cignoli,
Director of the Department of Public Works, Springfield