# EXHIBIT H

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN WILLIAMS, )<br>)<br>Plaintiff ) <br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD DEPARTMENT OF )<br>PUBLIC WORKS, )<br>)<br>)<br>Defendant )<br>) | Civil Action No. 3:16-cv-30179 |

## AFFIDAVIT OF ROBERT J. SHONAK

I, Robert J. Shonak, on oath, hereby state:

1. This affidavit was authored in connection to the United States District Court, Civil Action No.: 3:16-30179.

2. I, Robert J. Shonak, state that I am currently employed as the City of Springfield Safety Inspector. My duties and responsibilities as Safety Inspector allow me to have access to a listing of City of Springfield employees who have or have had worker's compensation claims.

3. On June 18, 2013, Sheila Delgado sustained an injury that resulted in her inability to perform her duties as the Inspectional Service Clerk of the City of Springfield Housing Department.

4. Consequently, Sheila Delgado has been receiving worker's compensation since June 18, 2013.

1

SIGNED under the penalties of perjury this 3rd day of August 2018.

_____
Robert J. Shonak
Safety Inspector, City of Springfield

2