# EXHIBIT K

Pages 1-175

Exhibits 8-22

------------------------------------------------

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO.: 3:16CV30179-MGM

JEAN WILLIAMS, on behalf

of herself and all similarly

situated individuals,

                    Plaintiff,

v.

CITY OF SPRINGFIELD

DEPARTMENT OF PUBLIC WORKS,

                    Defendant.

------------------------------------------------

DEPOSITION OF JOHN ROONEY

AS 30(b)(6) DESIGNEE

CITY OF SPRINGFIELD

DEPARTMENT OF PUBLIC WORKS

TAKEN MARCH 1, 2018

AT THE LAW OFFICES OF

BRODEUR-McGAN, P.C.

1380 MAIN STREET

SPRINGFIELD, MASSACHUSETTS

Reporter:  Raymond F. Catuogno, Jr.

1          MS. SHEEHAN:  I'll go through

2     Schedule A and B in order to make maybe

3     this a little quicker.  Mr. Rooney is here

4     and can testify as to Numbers 1, 2, 3, 4,

5     5, 6, 7, and 8 from the period of time

6     of -- I believe two through eight talks

7     about 2012 to the present.  And Mr. Rooney

8     can testify from snow season 2012 up until

9     approximately snow season 2013.

10    Mr. DeSantis can testify from

11    approximately snow season 2013 until the

12    present on Numbers 2 through 8.  As far as

13    Number 1 goes, from 2010 to the present,

14    Mr. Rooney can testify as to the gender of

15    all snow route inspectors from 2010 up

16    until snow season 2013.  Mr. DeSantis can

17    testify as to the gender of all snow route

18    inspectors from 2013 to the present.  As

19    for the specific identities of all snow

20    route inspectors from 2010 to 2012, Mr. --

21    I mean snow season 2013, Mr. Rooney can

22    testify as to the identities of all snow

23    inspectors from snow season 2012 up until

24    around snow season 2013.  He can testify

1          in a general way who was the snow route

2          inspector in -- or who were snow route

3          inspectors from 2010 to 2012, but we will

4          provide a list of those particular

5          individuals.  However, at that time, snow

6          route inspecting was part of the foreman's

7          job description and there was not a

8          separate designation.

9                    As far as the documents for

10         Schedule B, he has reviewed those

11         documents that correspond with the time

12         that he was, if you will, the deputy

13         director in charge of, as one of his

14         responsibilities, snow.  So that would be

15         the period of time from at least 2010 up

16         until approximately

17         October/November/December of 2013 when

18         Mr. DeSantis was moving into that role and

19         Mr. Rooney was mentoring him as he moved

20         into that role.

21                    MS. BRODEUR-McGAN:  So with

22         respect to your colloquy about Schedule A,

23         Number 1, when referring to the identity

24         of all snow route inspectors for the City

1   director, whether or not you had to post to

2   invite people to apply for snow inspector roles?

3        A.      I think it was 2012 we created the

4   job description to post for additional snow

5   inspectors because our DPW numbers were getting

6   insufficient to cover the position.

7        Q.      Okay.  So what I want to talk about

8   then is that moment in time before you had to

9   post for snow inspectors.  All right.  And I am

10  going to go through a few years.

11              So if the posting -- and let's

12  assume for a second the posting was in 2012 for

13  snow inspectors.  What was going on in 2011?

14  How was the City using people to perform the

15  snow inspection role?

16       A.      Historically, the foreman's union

17  and engineering union were used for snow

18  control, snow inspection/snow control,

19  predominantly the foreman's union.  It was part

20  of their job description.  And the engineers

21  were always able to, but most of them chose not

22  to at that point in time.

23       Q.      And can you just describe for me

24  what a -- both foremen and engineering, those

1      Q.      And that exact language, those

2   three paragraphs that you read, did any of that

3   information or details come from you to the City

4   in order to get given to the MCAD?

5      A.      Come from me directly, no.

6      Q.      Okay.  So this is what I'm getting

7   at and I just want to ask some historical

8   questions for you.  When the postings occurred

9   for the job of snow route inspector in September

10  of 2012, who made the decision that there needed

11  to be postings so that you could hire additional

12  people?

13     A.      I will say it was a group of

14  myself, the director, probably labor relations

15  was involved, to come up with a process that was

16  acceptable.

17     Q.      Okay.  And was there a specific

18  event that occurred that made you realize or

19  others realize that you needed to have new

20  people come in and do the snow inspector job?

21     A.      I was probably sounding the whistle

22  based on concerns of not having enough people

23  for the upcoming year.

24     Q.      And had there been a particular bad

1  snowstorm in February of 2012 that caused that

2  alarm?

3      A.    I don't specifically recall.

4      Q.    Okay.  And in the snow season 2011

5  to 2012, do you remember how many people were

6  performing the function of inspecting the roads?

7      A.    I don't remember the specific year

8  that I changed it from fifteen to twenty.

9      Q.    Okay.  And is there anything that

10  would tell us -- anything you could look up that

11  would tell you when it changed from fifteen to

12  twenty?

13      A.    Nothing that I can look up.

14      Q.    Well, anything that the City could

15  look up in your old documents?

16      A.    They could probably find something

17  out there if it exists.

18      Q.    And where would they look?

19      A.    In that snow directory that you

20  referred to --

21      Q.    Okay.

22      A.    -- or an old copy of my files.

23      Q.    Hard copy?

24      A.    No.

```
 1        Q.      It would all be electronic?
 2        A.      It would be electronic if it
 3   existed.
 4        Q.      And at some point you said -- and
 5   again, this is prior to 2010/11 snow season.
 6   There were fifteen or twenty persons that
 7   performed the inspection of snow?
 8        A.      I made the change from fifteen to
 9   twenty inspectors during my tenure.
10        Q.      And you just don't remember what
11   year that was?
12        A.      I do not recall.
13        Q.      And when you added -- that
14   essentially made the routes smaller, correct?
15        A.      Correct.
16        Q.      And did you have to change a map
17   when you did that?
18        A.      Yes.
19        Q.      Is there a map attached to
20   Exhibit 9 that would have refreshed your memory
21   about that?
22        A.      I don't see a map.
23                MS. SHEEHAN:  He has it.  I
24        don't have it on mine.
```

1      A.      There are two maps that show the

2   change from fifteen to twenty.

3      Q.      Okay.  And this is attached to

4   Exhibit 9, correct?

5      A.      Correct.

6      Q.      And do these maps say what year

7   they are?

8      A.      I don't see it on there, no.

9      Q.      Do you know from looking at them

10  what year that would be in?

11     A.      No.

12     Q.      Could you tell from looking at

13  lists what year they would be in?  For instance,

14  could you reverse engineer the chart that has

15  the names on it to determine what year that

16  would have occurred in?

17     A.      No.

18     Q.      Okay.  And do you remember when you

19  had fifteen names on the list for purposes of

20  performing the function of snow inspection --

21  well, let me ask you this:  In 2009, was there a

22  map that would have had the snow routes and a

23  chart that would have names next to it?

24     A.      I would assume so, yes.

 1          Q.     And would that also have existed in
 2    2008?
 3          A.     Yes.
 4          Q.     Okay.  And how about 2011?
 5          A.     Yes.
 6          Q.     Okay.  So even though there wasn't
 7    a job title called snow route inspector in 2008,
 8    '09, '10, and '11, there still would have been a
 9    snow route map, correct?
10          A.     Correct.
11          Q.     And there still would have been a
12    list of people that were in charge of inspecting
13    the zone or the section on that snow route map?
14          A.     Correct.
15          Q.     And maybe their titles were not
16    snow inspector, but during those time frames
17    they were performing the functions of snow
18    inspector?
19          A.     They were performing the functions
20    of a foreman.
21          Q.     Okay.  But that included snow
22    inspection?
23          A.     Correct.
24          Q.     Okay.  And these people that were

1   on the list that were performing the function of

2   foreman that were doing snow inspection, they

3   were all DPW employees?

4       A.      Yes.

5       Q.      So I'm going to show you my cheat

6   sheet now.

7                       MS. BRODEUR-McGAN:  Let's mark

8       this as Exhibit 10.

9       (Exhibit 10, List, marked for

10      identification)

11      Q.      (By Ms. Brodeur-McGan)  Sir, I'm

12  going to explain to you how this is divided and

13  I'm going to use some tools.

14                      MS. BRODEUR-McGAN:  Let's mark

15      these as Exhibits 11 and 12.

16      (Exhibit 11, Answers to Interrogatories

17      dated February 20, 2018; Exhibit 12,

18      Answers to Plaintiff's Second Set of

19      Interrogatories dated February 23, 2018,

20      marked for identification)

21      Q.      (By Ms. Brodeur-McGan)  Sir, I'm

22  going to first show you Exhibit Number 11.

23  Exhibit 11 purports to be Answers to

24  Interrogatories dated February 20 -- and there's

1   Adjustment for Pay Date 12/29/2012 and then it

2   has lists of names on this document.  Do you

3   recognize this document?

4        A.     I do.

5        Q.     Tell me what this document is.

6        A.     This was the DPW's mechanism for

7   paying employees not within the DPW.

8        Q.     Okay.  And this document, that only

9   represents a one-week period, correct?

10       A.     That's correct.

11       Q.     Not a one-day.  It's a pay period

12  of the date that's shown?

13       A.     It's a pay period, but it probably

14  happened over one day.

15       Q.     Over one day.  And this document

16  says, "Training as snow inspector (25 dollars)"

17  next to the first name, Dave Cotter, correct?

18       A.     Correct.

19       Q.     Do you know if Dave performed snow

20  inspection training in December of 2012?

21       A.     I would say he did.

22       Q.     Okay.  Do you have a memory of

23  that?

24       A.     I remember Dave Cotter working

1    every chance he could work.

2        Q.    Okay.  And how about O'Connor,

3    Keith?  Do you remember him working?

4        A.    I remember him working for me as a

5    snow inspector.

6        Q.    Okay.  And these names are not DPW

7    employees, correct?

8        A.    Correct.

9        Q.    So these names -- and let's just

10   use this one page, the one that says December

11   29, 2012.  Had these names worked for you prior

12   to the 2012/2013 snow season?

13       A.    I would say no.

14       Q.    Okay.  And again, same question

15   just a little bit different:  Prior to the

16   2012/2013 snow season, prior to that, did you

17   use non-DPW employees to perform the function of

18   snow inspecting?

19       A.    No.

20       Q.    None?

21       A.    Not that I recall.

22       Q.    How about Luiz Martinez -- or

23   excuse me, Juan Martinez in Housing?

24       A.    Not to my knowledge.

1   paragraph of Page 2.  It says, "As the posting

2   stated, the Department of Public Works intended

3   to hire twenty primary and twenty backup snow

4   route inspectors for the seasonal intermittent

5   position.  While that was the original number

6   intended, everybody who applied made it to the

7   list.  The list now consists of twenty-six

8   primary and thirty-one secondary inspectors.  A

9   copy of this list is attached as Exhibit 3.

10  There are five women on the list of secondary

11  inspectors.  Last winter Jean was one of the

12  women called during the snowstorms to be trained

13  as a snow inspector."

14          Okay.  So let's break those things

15  down.  The City is representing that after the

16  posting there were multiple people as primary,

17  multiple people as secondary.  And Exhibit 3 is

18  the list of primary and secondary?

19      A.      I don't believe that we required

20  existing foremen and existing people doing the

21  process to reapply and call them snow

22  inspectors, but --

23      Q.      Okay.

24      A.      -- because that was already their

1  job.

2      Q.     Okay.  And how many people that it

3  was already their job that didn't have to apply

4  is on the Exhibit 3 list?

5      A.     I can almost picture like Charles

6  Sumaris (phonetic) applying because he thought

7  he had to and didn't understand the process, so

8  some of these people may have applied even

9  though it wasn't necessary.

10      Q.     How many people did you have to

11  perform the snow inspection function that were

12  already working for the DPW that didn't need to

13  apply?

14      A.     I will say approximately fifteen

15  out of the twenty.

16      Q.     And what do you mean by that,

17  fifteen out of the twenty?  So you had a pool of

18  about fifteen people that would continue to

19  perform the function of snow inspecting that

20  already worked for the DPW?

21      A.     There were -- as stated earlier,

22  there was a precedence set.  You know, it was

23  union work, foreman's work.  Those people

24  wouldn't necessarily have to apply because we

1    couldn't take that work away from them.

2         Q.      But some of those people didn't

3    want to do the work?

4         A.      It was required as their job.

5         Q.      Okay.  So how many of them that it

6    was required for their job did you have in the

7    stables in September of 2012 to perform the

8    function of snow inspector?

9         A.      I'd have to see the DPW roster by

10   title to answer that.

11        Q.      Okay.  So do you know how many more

12   people you believed you needed in the snow

13   season '12 into '13?

14        A.      I believe I needed a backup or

15   secondary inspector for every route, so at least

16   twenty.

17        Q.      Okay.  So in the posting for

18   September of 2012, that was for the 2011 into

19   '12 snow season, correct?

20        A.      No.

21        Q.      Okay.  So the posting for September

22   of 2012 is for '12 and '13?

23        A.      Correct.

24        Q.      Okay.  And so that posting said

```
 1   they applied to this, that were not DPW -- would
 2   they have an opportunity of being a primary
 3   inspector?
 4        A.      That was a possibility, sure.
 5        Q.      Okay.  And how was that going to be
 6   determined?
 7        A.      Job performance.
 8        Q.      Okay.  And who was going to
 9   determine it?
10        A.      Myself at the time when I was
11   working.
12        Q.      Okay.  And again, this is in the
13   2012 -- like October 2012 time frame, correct?
14        A.      Correct.
15        Q.      So prior to October of 2012, you at
16   the DPW already had non-DPW people performing
17   the function of inspecting snow?
18        A.      Okay.
19        Q.      I'm asking you.
20        A.      Yes.
21        Q.      Okay.  So let me ask that again.  I
22   just want to make sure I have it right.  The DPW
23   had non-DPW employees, prior to October 2012,
24   performing the function of snow inspecting?
```

1       A.      It's a double-sided question in

2   that there wasn't an official title, so prior to

3   that they couldn't have been doing snow

4   inspecting because the position wasn't created.

5       Q.      Well, see, that's where I'm having

6   a problem here.  So I understand the position --

7   I've heard from your attorney that the position

8   wasn't created.

9       A.      Right.

10      Q.      Okay.  But I've heard from you,

11  sir, today, that there was people performing the

12  function of inspecting snow that were not DPW

13  people prior to October 2012?

14      A.      That would be because I even called

15  my foremen snow route inspectors for the

16  process.

17      Q.      What do you mean by that?

18      A.      Even if they were foremen, I called

19  them a snow route inspector for that purpose.

20      Q.      But my point is there were non-DPW

21  people that were performing the function of

22  actually inspecting snow routes prior to

23  September of 2012?

24      A.      Or training for that position.

1          Q.     Or training for that position prior

2    to September 2012?

3          A.     Yes.

4          Q.     And so that's how you knew there

5    was a problem with disparity of pay, because

6    these people that came in that were training

7    prior to September of 2012 were getting paid

8    more than some of the experienced people?

9          A.     That's correct.

10         Q.     So we know -- you know, sitting

11   here today, prior to September 2012, there were

12   non-DPW people performing the functions of snow

13   route inspections?

14         A.     Or training for the position, yes.

15         Q.     Or training.  Okay.  So can you

16   tell me how you picked -- or the City picked the

17   persons who were going to train to inspect the

18   snow routes prior to September of 2012?

19         A.     If they applied or expressed an

20   interest to me, they were on the list.

21         Q.     And what list would they be put on?

22         A.     Trainee, if there was such a list.

23   There was a list of names and I couldn't train

24   them -- if there were twenty-six applicants, I

1    could only train twenty at a time.

2         Q.    Okay.  So do you remember prior

3    to -- let me ask you this:  Prior to September

4    2012, October 2012, did people apply to perform

5    the function of snow route inspection?

6         A.    No.  There was nothing to apply

7    for.  They were asked if they were interested or

8    expressed an interest, hey, how do I become a

9    part of this.

10        Q.    Okay.  So prior to September 2012,

11   either they were asked to perform the function

12   or they inquired about it?

13        A.    I would say most of them inquired.

14        Q.    Okay.  And so how would you put

15   them on your payroll as the DPW Director --

16   Deputy Director if they inquired and wanted to

17   be trained?  What would they be listed as?

18        A.    Whatever their title was.

19        Q.    Their other title with the salary?

20        A.    Right.

21        Q.    So for instance, Philip Dromey in

22   Economic Development, he would just be listed as

23   Economic Development, but the DPW would pay him

24   to train?

1      A.      That's correct.

2      Q.      And the same with Mark Hebert?

3      A.      Yes.

4      Q.      Okay.  Do you remember -- if you

5  can look at the list of names that are attached

6  to Exhibit 10.  That's my cheat sheet.  And I'm

7  only asking you to look at the non-DPW

8  employees.  Of those persons named, the non-DPW

9  employees, can you tell me the people that

10 trained prior to September 2012 in any period

11 for snow route inspecting?

12     A.      I cannot.

13     Q.      Do you recognize any of them?

14     A.      I recognize them, but some came

15 late, some came day one.  You know, I could name

16 a few that were -- Dave Cotter was up front.  He

17 was right there from the beginning.

18     Q.      So he trained, you think, from the

19 beginning?

20             MS. SHEEHAN:  What's the

21     beginning?  Let's get some dates here.

22     A.      During the season of --

23             MS. SHEEHAN:  Make sure you're

24     not guessing.  I'm sure she does not want

 1  that.

 2       Q.     Okay.  And would you be willing to

 3  access the City's records that were your records

 4  to be able to testify to that question, Exhibit

 5  A, Number 1?

 6                 MS. SHEEHAN:  If they exist,

 7       go ahead.

 8       A.     If the City can produce them.

 9       Q.     Okay.  And you didn't try to do

10  that before today, correct?

11       A.     I don't have the ability to do

12  that, no.

13       Q.     And you didn't ask the lawyer to do

14  that?

15       A.     No.

16       Q.     Did the lawyer tell you to do that?

17       A.     No.

18       Q.     Okay.  And so you can't give me a

19  list of who the snow route inspectors were for

20  the season 2010 to '11, correct?

21       A.     Correct.

22       Q.     And you can't give me the list of

23  snow route inspectors from 2011 to 2012,

24  correct?

 1      A.      Well, right here, no, I can't.  But

 2 if they asked me to and they existed, I could.

 3      Q.      Okay.  But you can't do it right

 4 now?

 5      A.      I can't, right.

 6      Q.      Okay.  And for snow season 2012 to

 7 2013, you cannot list for me the identity of the

 8 persons performing the function of snow

 9 inspection for that period either?

10      A.      No.

11              MS. SHEEHAN:  Well, wait a

12      second.  Wait a minute.

13              THE WITNESS:  2012/2013?

14              MS. BRODEUR-McGAN:  Correct.

15      Okay.  Can I see this chart?

16              MS. SHEEHAN:  Right here.

17              MS. BRODEUR-McGAN:  No.  I

18      object to you giving him a document and

19      pointing out exhibits to him.  Either he

20      can or he can't testify.  I object to you

21      giving him exhibits and saying, yes, you

22      can and then guiding this witness to

23      testify to it.

24              MS. SHEEHAN:  I provided that

1    So Exhibit 8, Number A2, Letter A2, I asked for

2    the criteria used in the selection of snow route

3    inspectors for the City of Springfield from 2011

4    to present.  So can you tell me about how people

5    were selected or the criteria for selection for

6    people to become a snow route inspector?

7         A.     If they applied for the position,

8    they were selected.

9         Q.     Okay.  So if there's an

10   application, they were on the list?

11        A.     Application being verbally, not

12   necessarily a letter requesting to be

13   considered.

14        Q.     Were any people who applied in

15   writing not placed on the list?

16        A.     Not to my knowledge.

17        Q.     Okay.  And again, just for the snow

18   season '12 to '13, you believe that anybody who

19   either verbally expressed an interest or in

20   writing applied would have been placed on a list

21   for being a snow route inspector?

22        A.     Could you repeat the question?

23        Q.     Sure.  Basically, I'm getting at,

24   if they applied verbally or in writing, they

1  would be on the list?

2        A.      To the posting, yes.

3        Q.      Okay.  And you didn't cut anybody?

4        A.      No.

5        Q.      And when you said they would be on

6  the list, how did you differentiate between who

7  would be on -- or actually let me ask you this:

8  Was a primary and secondary list created?

9                      MS. SHEEHAN:  In '12 and '13?

10                     MS. BRODEUR-McGAN:  In '12 and

11       '13?

12       A.      I always had a primary and an

13 alternate.  There wasn't always a direct

14 correlation as to -- there was an alternate for

15 every primary.  Does that answer your question?

16       Q.      Yes and no.  You used the word

17 "alternate".  I've heard three other terms,

18 backups, spares, and secondaries.

19       A.      They're all interchangeable.

20       Q.      Okay.  So one time you talked about

21 a backup being different than a spare.  Like a

22 spare is double extra?

23       A.      When we had a surplus, yes, because

24 people needed to know that they were going to be

1    Q.    Do you specifically remember Jean

2  Williams applying?

3    A.    Yes.

4    Q.    And did you have a conversation

5  with her about it?

6    A.    Probably.  I had a conversation

7  with everybody.

8    Q.    And do you remember the

9  conversation with her?

10    A.    Specifically, no.

11    Q.    And how was your relationship with

12  Jean Williams, good, bad, indifferent?

13    A.    I would say fine.

14    Q.    And do you ever recall her

15  expressing an interest to make $25 an hour

16  because she was making less?

17    A.    Specific dollar amounts, no.

18    Q.    Do you ever remember her expressing

19  a passion for wanting to do it because she

20  really needed the money?

21    A.    I'll just say that she expressed an

22  interest to work overtime in other areas that

23  weren't viable for her as far as just -- there

24  was never opportunity there.

```
 1          Q.     Okay.  And so this was viable for
 2    her though, the snow inspection position,
 3    correct?
 4                      MS. SHEEHAN:   Objection to the
 5          form.
 6          A.     Correct.
 7          Q.     And you specifically remember that
 8    she was put on a list?
 9          A.     I specifically remember her
10    training, yes.
11          Q.     Okay.  Do you remember if she was
12    put on a primary list or a secondary list?
13          A.     It wouldn't have been a primary
14    list.
15          Q.     Okay.  Do you remember, in 2012,
16    after the posting, if you added new primaries
17    that were not DPW people?
18          A.     I don't recall.
19          Q.     Sumaris, who was he?
20          A.     Charles Sumaris was a foreman in
21    the Solid Waste Division.
22          Q.     Do you remember him performing the
23    function of snowplow inspector prior to the
24    2012 --
```

1        A.      Prior to, yes.

2        Q.      Do you know if Sumaris was listed

3   as a primary for the 2012/2013 season?

4        A.      I'm going to say yes.  2012/2013?

5        Q.      Correct.

6        A.      Yes.

7        Q.      What are you looking at?  You're

8   looking at Exhibit --

9        A.      I'm looking at thirteen and

10  fourteen.

11       Q.      Okay.  So you're looking at

12  Exhibit 13.  And what document are you looking

13  at?

14       A.      He did have an illness at one point

15  and was out sick for an extended period of time,

16  so he may have been removed from the list

17  because he wasn't available at some point.  I do

18  recall an illness on his account.

19       Q.      Could I see this for a second?

20       A.      Yes.

21       Q.      So the attachments that are behind

22  Exhibit 13 that say -- that have a larger chart

23  that say 2013 to 2014, do you recognize these

24  documents --

1       A.      Yes.

2       Q.      -- or that document?

3       A.      Yes.

4       Q.      Is that something that you had in

5  existence when you were there as Director?

6       A.      Yes.

7       Q.      And the multiple names that are on

8  the bottom of that chart, what are those names?

9  Are those backups, secondaries, alternates?

10      A.      They are people that applied and I

11  see that they are grouped differently.

12      Q.      And that's what I was going to ask

13  you.  What's the significance of the grouping

14  and how do I read that document?

15      A.      I can't say for sure.  It almost

16  appears -- I would only be guessing, so I can't.

17              MS. SHEEHAN:  Don't guess.

18      Q.      (By Ms. Brodeur-McGan)  So are

19  there any documents that you know for sure were

20  in existence that's in Exhibit 13 or any of the

21  other ones that we looked at that list who your

22  primaries were for '12 and '13 and who the

23  secondaries were?

24      A.      It was a living document.  In other

 1  words, at the beginning of the season, the

 2  primaries were established based on the prior

 3  year.  And we'll use Charles Sumaris as the

 4  example.  So he took ill, let's say, in January

 5  as an example.  He needed to be replaced.  And

 6  if it was going to be -- he was going to be out

 7  for three months.  It was a long-term illness,

 8  as I recall.  Somebody else's name would have

 9  been filled into that slot at some point during

10  the year, so the document changes.

11      Q.    Okay.  And this is how you

12  performed it?

13      A.    This is how I did it, right.  So as

14  it changed, the previous version of it wouldn't

15  have been saved because the only thing that

16  mattered was the current status.  I needed to

17  know who to call for the next snowstorm.

18      Q.    Okay.

19      A.    So if this person was out of the

20  rotation for whatever reason, he was removed --

21  he or she was removed from the list and somebody

22  else was added in.

23      Q.    Okay.  So just using Sumaris as an

24  example, what I'll represent to you is he's on a

1   list for a primary, but all of the pay records

2   that have been produced -- he didn't get paid

3   for snow route inspection for 2012, '13, '14,

4   '15, '16, '17?

5       A.      Well, he retired somewhere in there

6   also after the illness.

7       Q.      Okay.  By your example though, if

8   he was not working in that function, he should

9   have been removed from a primary list and

10  somebody else put in his place?

11      A.      Once we knew that it was going to

12  be long-term, yes.

13      Q.      Okay.  So when you don't know it's

14  long-term and focusing on the year 2012 to 2013,

15  how would you know who to call as the backup?

16      A.      The way I kept the list, there was

17  a person across from him.  This looks like a

18  partial of it here.

19      Q.      Let's open that up.

20      A.      So what I would have is one person

21  listed here for every twenty here.

22      Q.      Okay.

23      A.      So if Charles Sumaris was

24  unavailable, Tom McCall was trained in that

1  area.  He would be my primary backup.  I hate to

2  use the words twice.

3      Q.      Please don't give me any more

4  terms.

5      A.      But he would be the first guy I

6  would call to fill in for him because he trained

7  in that section and most likely was more

8  familiar with it than anybody else.

9      Q.      Okay.  So Jean Williams is on this

10  list, right?

11      A.      Okay.  She was with George Laroe,

12  yes.

13      Q.      So she would be called if George

14  wasn't in?

15      A.      Correct, yes.  After -- yes, that's

16  correct.

17      Q.      Okay.  And so if George is not on

18  payroll for three storms, then we should see --

19  for the 2012/2013 snow year, we should see Jean

20  Williams?

21                  MS. SHEEHAN:  Well, this is

22      '12 to '13.  That's a different --

23                  MS. BRODEUR-McGAN:  He's using

24      it as an example, so --

1    A.    Say the question again.

2              MS. BRODEUR-McGAN:  Can you

3    repeat my question?

4    (Question read by reporter)

5    A.    No.  2012/2013, depending on if she

6  completed her training.

7    Q.    Okay.

8    A.    You know, I don't know when this

9  was created or when this final draft of this --

10  the original was created before the season

11  began, but, as I said, names changed.

12    Q.    Okay.  So what we're looking at,

13  this says DPW snow routes 2013 to '14?

14    A.    Correct.

15    Q.    We have three zones with twenty

16  primaries in here, and then we have names on the

17  right, correct?

18    A.    Correct.

19    Q.    And Jean Williams is on the right

20  of this snow season, 2013/2014, for Laroe,

21  correct?

22    A.    Correct.

23    Q.    So if Laroe is out for 2013 to '14,

24  Jean Williams would not come in and work for

1   him?

2        A.      She would be my first choice.  But

3   I also note there is no phone number listed

4   there, so was a phone number provided to reach

5   her at?  I don't know.  I didn't create the

6   final version of this document.

7        Q.      Okay.  And as another example,

8   Jacob Seldin, is he on that list?

9        A.      Yes.

10        Q.      So if he didn't work in 2013 and

11   '14 at all, who would have, using that chart,

12   then worked for him?

13        A.      If there's nobody across from him,

14   he would have gone to the spares down here.

15   That's what I would have done.

16        Q.      Okay.  So you wouldn't go up to

17   these other people.  You go down to the spares?

18        A.      Correct.

19        Q.      Okay.  So the route that Laroe did

20   that's listed on the '13/'14 chart, tell me

21   about that route.  Is it easy, hard?  Do you

22   know anything about it?

23        A.      I'm going to say it was one of the

24   more difficult ones, yes.

1    I don't want to put words in his mouth, but it

2    wasn't positive.

3         Q.    Do you know how many times George

4    trained Ms. Williams?

5         A.    I know of at least twice because he

6    asked if he wouldn't have to do it again, and I

7    made him do it again at least a second time.

8         Q.    And did you make any efforts to put

9    another trainer with Ms. Williams or put her in

10   a less difficult area?

11        A.    I recall being in desperate need.

12   And as I recall it, she didn't have a third

13   training and I was desperate for employees and I

14   teamed her up with another rookie because I just

15   didn't have -- when I say "rookie," it's another

16   person who hadn't completed their training.  I

17   didn't want to put either one of them out there

18   alone not being able to do the job.  So I

19   figured if I put the two together, the two of

20   them could do it.

21        Q.    And who did you put together?  Was

22   it Sheila?

23        A.    I don't think it was Sheila.

24        Q.    Was it a woman?

1    A.    It was another woman, yes.

2    Q.    I'll tell you that I went through

3    the pay records, once again, that were already

4    produced.  And it's on my chart, Exhibit 10, and

5    there's no other women on this chart for who got

6    paid to perform a function of snow route

7    inspection?

8    A.    I have a specific recollection of

9    the two of them working together.

10   Q.    You don't remember her name?

11   A.    I can't tell you the date and -- if

12   you showed me the -- all the applicants, I'm

13   sure I could pick it out of the list.

14   Q.    Well, I can tell you --

15   A.    It's like on the tip of my tongue.

16   Maggie something.

17   Q.    You don't remember Maggie's last

18   name?

19   A.    I do not.  She was not with the

20   DPW.

21   Q.    Do you know who she worked for?

22   A.    I want to say Code Enforcement.

23   Maggie Rodriguez, I think.

24   Q.    And do you know if she worked in

1   2011, like the prior snow season?

2       A.      I don't believe so, no.

3       Q.      And how about after '13/'14?

4       A.      After the application was posted,

5   that's when she expressed her interest.

6       Q.      Okay.  So I don't have an

7   application for Maggie Rodriguez.  You recall

8   her applying?

9       A.      That's my recollection.

10      Q.      Okay.  And she's not on any of the

11  pay lists, either Exhibit 11 or Exhibit 12, that

12  were provided by the City.  Again, here we go,

13  Exhibit 11.

14      A.      I would question my own memory at

15  this point.  I'm not sure if it was Sheila

16  Delgado or not.  I recall it was two women.

17      Q.      Okay.  Well, my next question was

18  going to be -- there was a representation to the

19  Commission that there was five women on the list

20  for snow route inspectors.  And again, searching

21  through every document that was produced by the

22  City that's a pay record, there's only two that

23  were paid, Jean and Sheila.  Do you have a

24  memory of three other women that actually

1    performed a function of snow route inspection?

2         A.      I'm going to say one quit before

3    she even had the opportunity.

4         Q.      And who that was?

5         A.      I don't recall.

6         Q.      Okay.  So one quit.  Do you

7    remember where she was from?

8         A.      I do not.  And Jean, Sheila,

9    Maggie -- I can't recall.

10        Q.      Do you remember how Sheila did, how

11   she performed?

12        A.      My feedback for her performance was

13   good.

14        Q.      And who was the trainer person that

15   trained her?

16        A.      I don't recall.

17        Q.      And do you know if she ever -- I'll

18   represent to you that she only worked in '12 to

19   '13 and '13 to '14 and was never paid again for

20   that job.  Do you know why she is no longer a

21   snow route inspector, or hadn't been since the

22   end of the '13/'14 season?

23        A.      Somewhere along the line, I was

24   told that the department was no longer able to

```
 1   hire outside of the department.

 2                  MS. SHEEHAN:  Don't guess.

 3        A.    Well, that's what I was told.

 4        Q.    Okay.  So who told you that?

 5        A.    Possibly my son.

 6        Q.    Okay.  And how would he know that?

 7        A.    Because he was no longer allowed to

 8   work.

 9        Q.    Okay.  So this is super important,

10   so I'm going to ask again and see if anybody

11   else said that.  Do you recall hearing from

12   anybody other than your son that the City DPW

13   was no longer going to use non-DPW employees to

14   perform the function of snow route inspector?

15        A.    No.

16        Q.    Did you ever hear that the program

17   was disbanded, the program of asking for snow

18   route inspectors to apply?

19        A.    I'm going to say yes, somewhere

20   along the line I was made aware of that.

21        Q.    Do you know who told you that?

22        A.    No.

23        Q.    And that did not happen while you

24   were working there still, or did it?
```

1    that -- by somebody from the City of Springfield

2    that the DPW was no longer going to hire people

3    from outside the DPW to perform the function of

4    snow route inspection?

5          A.     That was my belief, yes.

6          Q.     Okay. And you think -- but you're

7    not sure -- that, perhaps, part of that belief

8    was based on a conversation you had with your

9    son, John Rooney?

10         A.     George.

11         Q.     George Rooney. So is part of your

12    belief based on a conversation you had with

13    George?

14         A.     That's my recollection, yes.

15         Q.     Any other source that your memory

16    recalls people saying the DPW were not going to

17    hire outside of the DPW?

18         A.     No.

19         Q.     Okay. So looking again at our

20    chart, Exhibit 12, Juan Martinez does not work

21    for the DPW. He is Housing?

22         A.     Correct, to the best of my

23    knowledge.

24         Q.     And he received pay from 2013 to

```
 1   2018 as recorded by those documents for snow

 2   route inspecting?

 3        A.    Okay.  If that's what this

 4   represents, yes.

 5                  MS. SHEEHAN:  Where is '18?

 6        A.    2017.

 7                  MS. SHEEHAN:  Did you say '18?

 8                  MS. BRODEUR-McGAN:  Well, the

 9        '17/'18 snow season.

10        Q.    (By Ms. Brodeur-McGan)  Is that

11   accurate?

12        A.    Yes.

13                  MS. SHEEHAN:  Well, that's

14        what it says, yes.

15        Q.    (By Ms. Brodeur-McGan)  So again,

16   this Exhibit 12 was the document that was

17   attached by the mayor to Exhibit 13, right?

18        A.    Okay.

19        Q.    Well, no, not 13.  Where is the one

20   the mayor signed?

21                  MS. SHEEHAN:  We'll stipulate

22        he signed one.

23        Q.    (By Ms. Brodeur-McGan)  You

24   remember the mayor attached this?
```

1    A.    Yes.

2    Q.    And the mayor is representing these

3  people are snow route inspectors?

4    A.    I would have to reread it again.

5  What this represents to me is that they were

6  working some sort of snow operation.

7    Q.    Okay.  Let's find the mayor's

8  Interrogatory again.

9            MS. BRODEUR-McGAN:  Off the

10        record.

11        (A recess was taken)

12            MS. BRODEUR-McGAN:  Back on

13        the record.

14        (Exhibit 18, Defendant, City of

15        Springfield Department of Public Works',

16        First Supplemental Answer to Plaintiff's

17        First Set of Interrogatories, marked for

18        identification)

19    Q.    (By Ms. Brodeur-McGan)  Sir,

20  Exhibit 18 is the Defendant City of Springfield

21  Department of Public Works' First Supplemental

22  Answers to Plaintiff's Second Set of

23  Interrogatories.  It is dated on the second

24  page, February 28, 2018.  And earlier I was

1   having you look at a document, at the time we

2   thought Exhibit 18 was marked as Exhibit 13.

3   There's some confusion in the record as to

4   whether or not you were looking at this document

5   at the time.

6           Sir, do you remember when I was

7   reading to you the body of the answer to

8   Exhibit 18 out loud in the record saying that

9   the mayor was making representations that the

10  lists attached were workers performing the snow

11  route inspection functions?

12          A.      Yes.

13          Q.      And then take whatever time you

14  need to get in your head where we're going.

15  You're good?  Because we had some off-the-record

16  discussion about marking.  So we're talking

17  about Exhibit 18 now.

18          A.      Yes.

19          Q.      Okay.  So after rereading

20  Exhibit 18 and the mayor's answers together with

21  his attachments -- and by the way, his

22  attachments are in our records as Exhibit 11 and

23  Exhibit 12 -- do you believe that these persons

24  that are listed in Exhibit 18, inclusively, were

1   performing the function of snow route

2   inspectors?

3          A.       I would question it.

4          Q.       Okay.  And tell me why.

5          A.       Well, I wasn't there during the

6   time, but these printouts can be, if they're

7   done by snow budget, which it appears it is,

8   people in other departments can have operations

9   that could possibly be charged to the snow

10  operations.

11         Q.       Okay.  Are you familiar with the

12  snow code -- or the code 4616 as being

13  specifically for snow route inspection?

14         A.       I do not.

15         Q.       Okay.  And do you know whether or

16  not -- do you know how the persons created these

17  compilations of documents that are attached to

18  the mayor's Exhibit Number 18?

19         A.       I do not.

20         Q.       And do you remember earlier I was

21  asking you if you could create a list for me,

22  you?  Remember we went through Exhibit A,

23  Number 1, could you give me the list for 2010 to

24  '11, '11 to '12, '12 to '13?  I was asking you

1    Q.    When was the first time you heard

2  that Ms. Williams was claiming discrimination?

3    A.    I don't know that I knew that.

4    Q.    Prior to January 2013, did DeSantis

5  tell you that Ms. Williams was claiming that she

6  was left off the list and it was discriminatory?

7    A.    No.

8    Q.    If Mr. DeSantis testified that when

9  he came in in October of 2013 that he did not

10 run the show, that he really sat back and

11 watched for the entire season, would that be

12 accurate?

13               MS. SHEEHAN:   Objection.

14   A.    2013?

15   Q.    Yes.

16   A.    I don't believe it would be

17 accurate, no.

18   Q.    Okay.   So I'm going to try to

19 refresh your memory about a few things and tell

20 you a couple of other things, and we can

21 actually look at Mr. DeSantis's testimony.

22 Mr. DeSantis started in October of 2013?

23   A.    Mm-hmm.

24   Q.    Is that accurate?

```
 1          A.      To my knowledge, yes.

 2          Q.      And you testified earlier that you

 3   guys were in the same position, if you will,

 4   from October until December 31 of '13?

 5          A.      Correct.

 6          Q.      And I believe --

 7          A.      '14 -- did you say December?

 8   December 31 of '13 would work, yes.

 9          Q.      Right.  And then you told me you

10   went January of '14 to a different job?

11          A.      Correct.

12          Q.      So from October of 2013 to December

13   31, 2013, did DeSantis make decisions about who

14   was going to be primary snow inspectors, who was

15   going to be backup, who was going to be called?

16          A.      I would assume that he did.

17          Q.      He testified that he didn't, that

18   he let you run the show and he was just going to

19   watch and learn because he didn't want to step

20   on any toes in the first three months.  Is that

21   accurate?

22                  MS. SHEEHAN:  Objection to the

23          form.  Go ahead.

24          A.      I'd have to look and see when was
```

```
 1   the first snowstorm.  Did it snow in those first

 2   three months?

 3        Q.     So what are you saying?

 4        A.     If it didn't snow --

 5        Q.     Well, we have a list of pay for

 6   2012 and 2013 and 2014, and I can tell you there

 7   were forty-two people who were paid for

 8   snowstorms in the '13/'14 season and

 9   twenty-three people that were paid in '12/'13.

10        A.     Okay.  He wasn't here in the

11   '12/'13, so that doesn't pertain to him.  And if

12   you can tell me the dates --

13               MS. SHEEHAN:  The dates for

14        the snowstorms in '13?

15        A.     I don't recall working any

16   snowstorms.

17        Q.     Okay.  So let me ask this question

18   in a different way.  Were you the person who

19   decided to hire -- who decided to put Jean in or

20   not put Jean in from October of 2013 to December

21   of 2013 for purposes of performing the function

22   of snow route inspections?

23        A.     As I recall, she was on my list.

24        Q.     Okay.  So did you take her off your
```

1  list?

2      A.      No.

3      Q.      If somebody took her off the list,

4  it wasn't you?

5      A.      Correct.

6      Q.      Okay.  And who would have taken her

7  off the list if it wasn't you and she was

8  removed from the list?

9      A.      Who would have?  I have no

10 knowledge of that.  It would have been somebody

11 of a supervisory --

12     Q.      Like Vinny DeSantis?

13     A.      Like Vinny DeSantis, but you know.

14     Q.      Who's your boss?

15     A.      My boss was the director, Al

16 Chwalek but he retired, so Chris Cignoli became

17 the boss.

18     Q.      Do you have any memory at all of

19 Chris -- how do you say Cignoli?

20     A.      Cignoli.

21     Q.      -- of him telling you or Vinny that

22 somebody should either be added or removed from

23 snow inspector?

24     A.      No.

1    Q.    Do you ever remember him getting

2  involved on that level?

3    A.    No.

4    Q.    So it's more likely than not that

5  it would have been Vinny -- if Jean was removed

6  from the list in 2013 into 2014, it's more

7  likely than not that Vinny was the person that

8  did it because you didn't do it?

9              MS. SHEEHAN:   Objection to the

10       form. Go ahead and answer.

11    A.    The only other person would have

12  been our immediate supervisor and you couldn't

13  spare her from her normal job during normal

14  hours.

15    Q.    Okay.  Who was that?

16    A.    I have no idea.  The city engineer

17  who changed several times.  I can't even

18  remember the guy I worked for.  His name was

19  Zach, maybe.

20    Q.    Okay.  So just stepping back a

21  second, when the posting was placed in September

22  of 2012 and October 2012, it was done with the

23  intent to get new people in to perform the

24  function of inspecting snow routes?

1    A.    Correct.

2    Q.    And that you believed there wasn't

3  enough people to perform that function?

4    A.    Correct.

5    Q.    Okay.  And when you left, did you

6  have information -- and I'm talking about

7  January of 2015; is that right?  When you left

8  in January of 2015, do you know if there were

9  enough people to perform the function of snow

10 route inspectors that were already in the

11 possession of the DPW?

12    A.    I do not know.

13    Q.    Okay.  So I'm going to show you

14 something else that Vinny testified to and I can

15 show you the transcript.  So Vinny testified

16 to --

17         MS. BRODEUR-McGAN:  Counsel,

18      I'm referring to Pages 63 and 64 of

19      Vinny's deposition where he's referring to

20      a document that we marked as Exhibit 2 to

21      DeSantis' deposition.

22    Q.    (By Ms. Brodeur-McGan)  So before I

23 ask you about this document, do you know what

24 this document is?

1      A.      It looks like a list of everybody
2  who was working snow.
3      Q.      Okay.  And do you know whether or
4  not this is a list you would have created?
5      A.      It's not in the format I would use,
6  so I don't believe that I did.
7      Q.      And there are how many names on the
8  list?  And is this broken down between primary
9  and secondary?
10      A.      It's two columns, primary and
11  secondary.
12      Q.      So the list, the column that says
13  primary -- and this, by the way, says 2010 snow
14  inspection?
15      A.      2013.
16      Q.      Excuse me, sorry, 2013 snow
17  inspection call list, correct?
18      A.      Correct.
19      Q.      These lists under primary
20  inspectors, is that a list of primary inspectors
21  that worked in the '12 to '13 snow season?
22      A.      The first twenty are.
23      Q.      Okay.  And again, they're in that
24  order, so the first twenty would be those that

1    are on the list from '12 to '13?

2         A.    I would surmise that, yes.

3         Q.    Okay.  So Vinny testified that this

4    list existed, Exhibit 2, there's twenty-six

5    names on the list, and that the only name he

6    added when he came in in October of 2013 is his

7    name?

8         A.    Okay.

9         Q.    So, do you believe that this list

10   was the list that you had for primary inspectors

11   for 2012 to 2013?

12        A.    It appears to be a combination of

13   my list of primary inspectors and everybody else

14   who was involved in the control of operations.

15        Q.    Okay.  And so like zone inspectors

16   or --

17        A.    Correct.

18        Q.    And are all of those people under

19   primary?  Are they all DPW people?

20        A.    Yes.

21        Q.    Okay.  And the secondary list, does

22   that look familiar to you in any fashion as a

23   list that you would have started and handed over

24   to Vinny as being secondaries?

 1          A.     No recollection.

 2          Q.     Okay.  Again, it would be helpful,

 3   you had said earlier, maybe to look on the

 4   computer to see if there's anything that still

 5   exists that could refresh your memory; is that

 6   right?

 7          A.     Okay.

 8          Q.     You don't have to agree with me,

 9   sir.

10          A.     It sounds right, yes.

11                 MS. BRODEUR-McGAN:  Okay.

12      Could I get a time stamp?

13      (Testimony marked at 12:44)

14          Q.     (By Ms. Brodeur-McGan)  And forgive

15   me, you said this is not the format you would

16   have kept this in.  So this is not your

17   document, Exhibit Number 2?

18          A.     I don't believe it to be my

19   document.

20                 MS. BRODEUR-McGAN:  Okay.

21      Let's take a quick break.  Off the record.

22      (A recess was taken)

23                 MS. BRODEUR-McGAN:  Back on

24          the record.

1          A.          He was in Control.

2          Q.          So he was not a snow route

3   inspector?

4          A.          No.

5          Q.          And so would you say low or none,

6   experience?

7          A.          He knew what to do.  He had done

8   it, but I'll say low.  That wasn't his function.

9          Q.          Jankiewicz?

10         A.          High.

11         Q.          Knightly?

12         A.          Low.

13         Q.          Korman?

14         A.          High.

15         Q.          Laroe?

16         A.          High.

17         Q.          Mineo?

18         A.          Low.

19         Q.          Had he ever done it prior to

20  September of 2012?

21         A.          I don't know.

22         Q.          Okay.  Do you know if he did it

23  prior to 2013?

24         A.          He did work for me at some point,

```
 1   document.  Do you see that?
 2        A.      Okay.
 3        Q.      And were you involved in the
 4   decision to have twenty primaries versus twenty
 5   backups and post it as such in Exhibit 16?
 6        A.      That was my desire, yes.
 7        Q.      Okay.  And was this really a --
 8   kind of a summary of what you had already done
 9   the prior year, the twenty being primary and the
10   twenty backup?
11        A.      Yes.
12        Q.      And it's just worded different in
13   this year?
14        A.      Yes.
15        Q.      Okay.  And do you know if
16   Ms. Williams applied after October 2013?
17        A.      I don't know.
18        Q.      Okay.
19        A.      Once somebody already has the
20   classification, they have to have the
21   classification, intermittent, permanent,
22   whatever they want to call it, temporary.
23        Q.      What do you mean by that?
24        A.      Our system -- if I was a laborer,
```

Springfield
413.732.1157

REAL TIME COURT REPORTING
schedule@realtimereporting.net

Worcester
508.767.1157

1   that was my permanent position as a laborer, but

2   I was an intermittent working maintenance

3   foreman.  So when the working maintenance

4   foreman was out, I could be the working

5   maintenance foreman.  I had that classification.

6   So we didn't have to do a posting every time we

7   needed a working maintenance foreman.  There

8   were people that held the intermittent

9   classifications and could do the work.

10          Q.      Okay.  So do you know, in October

11  2013, when you were seeking -- you know, forty

12  more people apply, would Jean Williams have

13  already been on the list as an intermittent snow

14  route inspector?

15          A.      That would be my recollection of

16  how it worked.

17          Q.      And so she would arguably not even

18  have to apply?

19          A.      That would be the way I would

20  interpret it, yes.

21          Q.      And if you were making the decision

22  as to who was performing that function in

23  October of 2013 to '14 snow season, you would

24  have used Jean Williams had she already had the

1  designation of intermittent snow route

2  inspector?

3       A.       Could you repeat that?

4       Q.       If you were the boss making the

5  decision in October of 2013 of who was going to

6  do the snow route inspection function and she

7  had had the designation before, you wouldn't

8  even require her to apply before you would

9  consider her?

10      A.       I would not have.

11      Q.       Okay.  So I'm going to show you --

12               MS. BRODEUR-McGAN:  Could we

13      mark this?

14      (Exhibit 19, Memo, Departmental and

15      Interdepartmental Correspondence City of

16      Springfield, Massachusetts, dated 11/7/13,

17      marked for identification)

18      Q.       (By Ms. Brodeur-McGan)  Before we

19  look at 19, if there were already people who

20  were designated the prior year as snow route

21  inspectors, intermittent, that were added to the

22  list, if you will, because they applied and you

23  were still posting Exhibit 16, did this mean to

24  you that you still needed additional people to

1  apply to add to your docket of intermittent snow

2  route inspectors?

3       A.     I would have posted it every year

4  going on because you lose people through

5  attrition and need to start training and

6  bringing people up to speed, and I was under the

7  opinion that you could never have too many

8  waiting.

9       Q.     Okay.  And so do you have a memory

10  prior to October of 2013, that you, particularly

11  you, wanted more people to apply so you would

12  have them in the wings?

13       A.     Before 2013?

14       Q.     Yes.

15       A.     Before 2013, yes.

16       Q.     Okay.  And before October 2013

17  specifically?

18       A.     After that point, I really didn't

19  care.

20       Q.     Well said.  Okay.  I'm going to

21  show you Exhibit 19, which purports to be a memo

22  dated November 7, 2013.  It says, "To snow

23  inspector writeins" and it says, "From Vinny,

24  snow inspection."  Could you read that to

1    yourself?

2         A.    Okay.

3         Q.    So do you remember this?  I mean,

4    this -- essentially Vinny says, thanks for

5    writing in, we picked twenty inspectors, they

6    have been notified; if you inspected before or

7    have been trained, you will be on our second

8    tier of inspectors; if you have never been

9    trained, we plan on giving everybody a chance.

10   Do you remember seeing that?

11        A.    No.

12        Q.    Do you remember talking to Vinny

13   about doing that?

14        A.    No.

15        Q.    Did you direct Vinny to do that?

16        A.    No.

17        Q.    Okay.  And does it surprise you

18   that Vinny said that you're all set in October

19   of 2013?

20        A.    No.  It's November.

21        Q.    November, excuse me, of 2013?

22        A.    No.

23        Q.    And were you aware that Jean was

24   writing the director --

1              MS. BRODEUR-McGAN:  Let's mark

2        this as Exhibit 20.

3        (Exhibit 20, E-mails dated November 12,

4        2014; Exhibit 21, E-mail dated December

5        16, 2013, marked for identification)

6        Q.       (By Ms. Brodeur-McGan)  So Exhibit

7    20 is an e-mail chain.  On the bottom starts

8    November 12, 2014, to DeSantis and then above

9    it, November 2014, is his response?

10        A.       I wouldn't be aware of this

11    document.

12        Q.       So you would not have been involved

13    in November of 2014?

14        A.       No.

15        Q.       Okay.  Exhibit 21 is dated December

16    2013 to Al Chwalek from Jean?

17        A.       Yes.

18        Q.       Were you aware that Jean was

19    expressing a concern that she was not selected

20    to do snow inspection in the prior storm?

21        A.       No.

22        Q.       That never got to your attention?

23        A.       No.

24        Q.       Did anybody ask you from the City

1    as to whether or not Jean Williams was on any

2    list, either primary or secondary, after

3    December of 2013?

4         A.     No.

5         Q.     Did anybody, while you were still

6    with the City, come up and ask you about whether

7    or not Jean Williams was on a primary list, a

8    secondary list prior to December of 2013?

9         A.     No.

10        Q.     Okay.  Did anybody at the City

11   prior to -- anybody at the City ask you whether

12   or not Ms. Williams was cut from being a snow

13   inspector by you or anybody else?

14        A.     No.

15        Q.     Okay.  Do you remember when I was

16   asking you about the era of October of 2013 to

17   December 2013, when you and Vinny were

18   overlapping?  Remember I was asking about that

19   overlap?

20        A.     Yes.

21        Q.     And I was saying to you that Vinny

22   said that he wasn't -- you know, he wasn't in

23   charge during that time, he wasn't making any

24   changes.  And would you agree with me that

1    Vinny, at least in December of 2013, was making

2    decisions and directions about who was going to

3    be on snow inspectors and if you needed more

4    people to apply?

5           MS. SHEEHAN:  Objection to the

6       form of the question.  I think the exhibit

7       speaks for itself.  Go ahead.

8       A.     I had laid out everything and what

9    he did was on him.  I can't speak -- it looks

10   like he was making decisions.

11      Q.     Okay.  I'm just trying to get a

12   sense if you would agree with his summary that

13   he didn't make decisions during that period of

14   time, that it was your decision who was primary

15   and secondary inspectors from October of 2013 to

16   December of 2013?

17          MS. SHEEHAN:  Objection to the

18      form.

19      A.     I don't consider myself to have

20   been the lead person during that time.

21      Q.     Instead it would have been Vinny?

22      A.     Yes.  On paper it was probably me,

23   but he was a quick study and learned.

24          MS. BRODEUR-McGAN:  Okay.

1    Well, I think it's a good time to stop.

2    Thank you for your patience today.  Off

3    the record.

4    (A recess was taken)

5                    MS. BRODEUR-McGAN:  Back on

6    the record.  I'm going to mark this as the

7    next exhibit.

8    (Exhibit 22, Answer to Complaint, marked

9    for identification)

10    Q.    (By Ms. Brodeur-McGan)  Do you see

11   this Paragraph 6?  Can you read that to

12   yourself?

13    A.    Okay.

14    Q.    Were there secondary inspectors

15   that worked for the snow route inspections?

16    A.    I'm not sure what is meant by that

17   answer because there's backup and secondary.  To

18   me, it's all interchangeable.  I'm not sure what

19   they're referring to.

20    Q.    Okay.  Same thing in seven, using

21   secondary and backup in that sentence as well.

22   Can you read that to yourself?

23    A.    Yes.  I'm not sure what they mean.

24    Q.    Okay.  And so for the period of

1  time at least until December of 2013, you were

2  aware that there were primary inspectors and

3  there was a classification called secondary or

4  backup inspectors?

5      A.    There wasn't necessarily a

6  classification.  It was -- the classification

7  was snow inspector, snow route inspector.  The

8  lists had some sort of status, primary versus

9  secondary, but everybody had the same

10  classification.

11     Q.    Okay.  But there were lists that

12  had different classifications on them as far as

13  if they were going to be called first versus not

14  called first in the event of a storm?

15     A.    I wouldn't use the word

16  "classification."  It was just these people are

17  up first.  In the event they're not available,

18  you go to the next person on the list.

19             MS. BRODEUR-McGAN:  Okay.  I

20      think this is a good place to stop.

21      (Deposition suspended)

22

23

24