# EXHIBIT N



EXHIBIT

1

8-4-17 · Rcc

0035

# SENIOR CLERK AND TYPIST

## NATURE OF WORK IN THIS CLASS: ·

This is responsible <u>clerical and typing work of moderate difficulty</u>. Work involves responsibility for performing clerical tasks of moderate complexity and decision which require the ability to <u>type accurately</u> and with moderate speed from copy of more than average difficulty. Work is performed under supervision and involves the <u>moderate exercise of initiative</u> and judgement in carrying out established departmental clerical procedures, and in making work decisions, requiring the <u>application of policies</u>, regulations, and laws governing the work performed. Supervisory advise, assistance, and review are ordinarily available in dealing with unusual or difficult problems. Working supervision may be exercised over a few clerical employees engaged in routine work.

## ILLUSTRATIVE EXAMPLES OF WORK:

Types, proofreads, cuts stencils for, material of more than average difficulty from clear copy, rough draft, recording machines, or data personnally developed according to standard· procedures.

Makes computations of moderate complexity by hand or machine; verifies, corrects similar computations by other clerks.

Compiles, tabulates, applies standard formulas to statistical data of moderate complexity.

<u>Answers counter and telephone requests</u>, inquires, and complaints in which departmental information.of moderate technicality is given and received.

Interprets laws, regulations, and policies governing the work performed to ·the public; assists the public in completing forms, statements, and applications.

Accepts, records, reconciles fees and payments made on a considerable scale; <u>issues licenses and permits</u>.

Prepares, verifies, processes requisitions, bills, payrolls, schedules, warrents, and similar material; maintains appropriation and expenditure accounts; reconciles bank accounts.

Conducts interviews, maintains records, prepares forms, reports, and notices, and performs other clerical work involving the selection and organization of prescribed data from source material requiring familiarity with departmental operations and procedures.

Performs all clerical work in a small office, such as an elementary school. office.

Performs all clerical work involved in carrying out an entire clerical procedure where continuity is required to accomplish departmental objectives.

0035

May exercise working supervision over a few clerks engaged in routine office work.

Operates common office appliances not requiring special training, such as adding, calculating, duplicating, stamping, folding, and check writing machines; may act as relief telephone operator.

May operate office equipment requiring on-the-job training, such as addressing, test scoring, photocopying, bookkeeping, and billing machines, comptometers, two-way radios, and similar equipments.

Performs related work as required.

DESIRABLE KNOWLEDGES, ABILITIES, AND SKILLS:

Thorough knowledge of the operation and care of a typewriter.

Considerable knowledge of modern office practices, procedures, and equipment.

Considerable knowledge of business English, spelling, and commercial arithmetic.

Considerable knowledge of departmental programs, functions, operations, policies, practices, and terminology with respect to work performed.

Working knowledge of rules, regulations, laws, and ordinances governing work performed.

Working knowledge of the operation and care of common office appliances and machines.

Working knowledge, as required, of municipal bookkeeping.

Ability to type accurately and with moderate speed from copy of more than average difficulty.

Ability to use initiative and judgement in the arrangement of material typed.

Ability to understand and follow oral and written instructions.

Ability to make moderately complex computations and tabulations with speed and accuracy.

Ability, as required, to exercise working supervision over a few clerical employees.

Ability to make work decisions in accordance with laws, rules, regulations, policies, and procedures governing work performed.

Ability to                erical records of moderate complexity and to prepare reports from such records.

Ability to establish and maintain effective working relationships with other employees and the general public.

Ability to interpret departmental rules and regulations, and the laws under which it operates, to the general public.

Skill in the operation and care of a typewriter.

DESIRABLE EXPERIENCE AND TRAINING:

Considerable experience in typing and general office and clerical work, preferably in the department of a comparable municipal agency.

Graduation form a standard high school, including or supplemented by courses in typing and general office and commercial subjects.