# EXHIBIT O


EXHIBIT 15
Rooney
3-1-18

DRAFT 9/12/2012



JOB CODE: 4616                                                           UNION: Various

| | | | |
|---|---|---|---|
| JOB TITLE: | SNOW ROUTE INSPECTOR | FLSA STATUS: | NON-EXEMPT |
| DEPARTMENT: | PUBLIC WORKS | REPORTS TO: | DPW'S DEPUTY DIRECTOR OF OPERATION AND MAINTENANCE |
| GRADE PAY CODE: | | CIVIL SERVICE STATUS: | NON-CIVIL SERVICE |

POSITION PURPOSE/SUMMARY: This is a temporary position within the Department of Public Works. The primary responsibility of this position will be to manage, track and inspect the work completed by both the city's plows as well as the Hired Snow Plows. This position/title is exclusively used for winter operations and will only pay the Snow Route Inspector rate while performing this function during a winter storm. Work consists of inspecting the snow plow routes to ensure the snow plows have completed the plowing of the streets in their area properly and completely. Work involves assigning hired plows to routes, monitoring and reporting progress to snow control, track vendor's time, and inspect work to ensure the plowing was done properly. Performance is reviewed by DPW's management through sample inspections of snow routes as well as one's ability to conform to rules, regulations and established procedures. Training for this work will be provided by DPW. Individuals will not be compensated as Snow Route Inspectors until they have successful completed three snowstorms on their own.

ESSENTIAL FUNCTIONS:
- Assigns city equipment and hired snow plows to routes.
- Tracks and reports progress of assigned equipment and hired snow plows during winter storms.
- Instructs hires on the proper procedure for snow removal.
- Records hired plows start time and end time for payment purposes.
- Ensures the city's streets are cleared of snow in their assigned route.
- Ensures hired plows stay on task and don't deviate from assigned plowing routes.

KNOWLEDGE, SKILLS, AND ABILITIES:

- Ability to safely drive on snow/ice covered roads.
- Ability to read a map.
- Ability to communicate verbally with vendors, snow control, and city residents.
- Ability to log resident's complaints both through written logs as well as electronically.
- Knowledge of the use of equipment and materials commonly used in municipal snow removal operation.
- Ability to understand and apply the laws, rules, regulations, policies, procedures, standards, guidelines and specifications governing assigned activities.