# EXHIBIT P

EXHIBIT 14

Rooney
3-1-18

PLEASE POST

DEPARTMENT OF
PUBLIC WORKS





October 18, 2012

THE CITY OF
SPRINGFIELD, MASSACHUSETTS

The Department of Public Works plans to fill the following positions:

| PERM. | TEMP. | TITLE | JOB CODE | SALARY RANGE |
|-------|-------|-------|----------|--------------|
| (40) | Intermittent | Snow Route Inspector | 4616 | $25.00/hour |

Present openings for the Department of Public Works (Winter Operations). This position is subject to transfer provision as stated in the Collective Bargaining Contract.

Duties as listed but not limited to those as shown in Job Description 4616.

Hours to conform with the operational work schedule to which assigned.

Two informational meetings will be held in the break room at 70 Tapley St. on October 25, 2012. The first meeting will be at 7am. This meeting is for current DPW employees. The second meeting will be at 10am for all non-DPW employees. If you cannot attend these meetings and you have questions about these positions, please contact John Rooney at 787-6209.

If you wish to be considered for the above position, notify the DPW Director in writing stating your interest for this position.

**MUST HAVE A VALID DRIVERS LICENSE TO BE CONSIDERED**

LAST DATE FOR APPLYING:  November 2, 2012

Allan R. Chwalek, Director
Department of Public Works

**NOTE: This position will be paid only on a "while assigned" basis. All vacation, sick leave, other leave, and other assignments will be paid at the Employee's permanent, (or temporary), classification rate of pay.**