# EXHIBIT Q



EXHIBIT 16
Rooney
3-1-18

DEPARTMENT OF PUBLIC WORKS

October 11, 2013

The Department of Public Works plans to fill the following positions:

| PERM. | TEMP. | TITLE | JOB CODE | SALARY RANGE |
|---|---|---|---|---|
| (40) | Intermittent | Snow Route Inspector | 4616 | $30.00/ hour & $45.00/hour Overtime |

Present openings for the Department of Public Works (Winter Operations). This position is subject to transfer provision as stated in the Collective Bargaining Contract. The DPW is intending to hire 20 primary and 20 back-up Snow Route Inspectors (40 total). Employees from City Departments other than DPW will be required to obtain approval from their supervisor allowing them to participate as a Snow Route Inspector during standard work days as well as overtime periods. Non-Bargaining employees are eligible to apply for the position. Pay rates for employees who make less than $30/hr on their full-time position will be compensated at the rates listed above for both straight-time and overtime, while employees who make more than $30/hr on their full time position will be paid at their usual full-time rate for straight-time and $45/ hr overtime.

Duties as listed but not limited to those as shown in Job Description 4616.

Hours to conform with the operational work schedule to which assigned.

Two informational meetings will be held in the break room at 70 Tapley St. on October 25, 2012. The first meeting will be at 7am. This meeting is for current DPW employees. The second meeting will be at 10am for all non-DPW employees. If you cannot attend these meetings and you have questions about these positions, please contact John Rooney at 787-6209.

If you wish to be considered for the above position, notify the DPW Director in writing stating your interest for this position. Letter must be received before 4:00pm on the closing date at 70 Tapley Street. Please indicate in your letter which City Department you are currently employed with.

<u>MUST HAVE A VALID DRIVERS LICENSE TO BE CONSIDERED</u>

LAST DATE FOR APPLYING: November 4, 2012

*Christop M Cig*

for Allan R. Chwalek, Director
Department of Public Works

140

NOTE: This position will be paid only on a "while assigned" basis. All vacation, sick leave, other leave, and other assignments will be paid at the Employee's permanent (or