# EXHIBIT MM

**Sharon LeFeave**

| | |
|---|---|
| **From:** | Glybin, Julia <JGlybin@springfieldcityhall.com> |
| **Sent:** | Wednesday, August 01, 2018 11:17 AM |
| **To:** | lbm@brodeurmcgan.com |
| **Cc:** | slefeave@brodeurmcgan.com; Sheehan, Kathleen |
| **Subject:** | Williams, Jean matter |
| **Attachments:** | Williams - MUNIS pay codes redacted.pdf |

Good morning Attorney Brodeur-McGan,

Enclosed, please find the MUNIS pay codes referenced in your meeting yesterday with Attorney Sheehan regarding the Jean Williams matter.

Thank you,

Julia

Julia Glybin, Law Clerk
City of Springfield Law Department
1600 E Columbus Avenue
Springfield, MA 01103
(413) 787-6331
jglybin@springfieldcityhall.com

1



```
06/22/2018 10:03              CITY OF SPRINGFIELD                                                         P       1
fcm                           PAY MASTER                                                                  prpaytyp

Code Description              Org         Object Cat Tax ATB Calc Factor Comp F    Amount Project String
 100 REGULAR - BASE PAY                   501000 1   T   N          1.0000 1.0000    0.00
 200 OVERTIME                             506000 2   T   N    90    1.5000 1.0000    0.00
```

06/22/2018 10:03 |CITY OF SPRINGFIELD |P        2
fcm              |PAY MASTER         |prpaytyp

Code Description          Org     Object Cat Tax ATB Calc Factor Comp F   Amount Project String





```
06/22/2018 10:03         |CITY OF SPRINGFIELD                                                                     |P        3
fcm                      |PAY MASTER                                                                              |prpaytyp
```

Code Description            Org        Object Cat Tax ATB Calc Factor Comp F    Amount Project String



<-–>

```
06/22/2018 10:03         CITY OF SPRINGFIELD                                                    |P         4
fcm                      PAY MASTER                                                             |prpaytyp

Code Description              Org       Object Cat Tax ATB Calc Factor Comp F    Amount Project String
```



```
06/22/2018 10:03        |CITY OF SPRINGFIELD                                                        |P         5
fcm                     |PAY MASTER                                                                 |prpaytyp

Code Description         Org       Object Cat Tax ATB Calc Factor Comp F    Amount Project String
```



```
06/22/2018 10:03        |CITY OF SPRINGFIELD                                                          |P         6
fcm                     |PAY MASTER                                                                   |prpaytyp

Code Description                Org       Object Cat Tax ATB Calc Factor Comp F    Amount Project String
```





```
06/22/2018 10:03         CITY OF SPRINGFIELD                                                            P        7
fcm                      PAY MASTER                                                                     prpaytyp

Code Description                   Org       Object Cat Tax ATB Calc Factor Comp F    Amount Project String

  759 MEALS NRQ                                507500 4   T   N   62  1.0000 1.0000     8.00
  760 MEALS NRQ                                507500 4   T   N   62  1.0000 1.0000     6.00
  761 MEALS NRQ                                507500 6   T   N   62  1.0000 1.0000     5.00

  820 SUPERVISOR ON-CALL                       508000 4   T   N   01  1.0000 1.0000     0.00
  821 WEEKEND SHIFT                            508000 4   T   N   62  1.0000 1.0000     0.88
  822 A SHIFT                                  508000 4   T   N   62  1.0000 1.0000     0.88
  823 C SHIFT                                  508000 4   T   N   62  1.0000 1.0000     0.88
```

```
06/22/2018 10:03            |CITY OF SPRINGFIELD                                                    |P         8
fcm                         |PAY MASTER                                                             |prpaytyp

Code Description              Org      Object Cat Tax ATB Calc Factor Comp F    Amount Project String
```



```
903 ACTING POSITION NRQ                503000 4   T   N   01  1.0000 1.0000      0.00
```

| 06/22/2018 10:03 | CITY OF SPRINGFIELD | P 9 |
| fcm | PAY MASTER | prpaytyp |

Code Description Org Object Cat Tax ATB Calc Factor Comp F Amount Project String

