# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JEAN WILLIAMS
        Plaintiff(s)

    V.

CIVIL ACTION
NO.   16cv30179KAR

CITY OF SPRINGFIELD, et al,
        Defendant(s)

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE   Katherine Robertson

[ ]   The parties have informed the court that they wish to withdraw their request for ADR at this time.

[ ]   On _____, I held the following ADR proceedings:

    ___ SCREENING CONFERENCE     ___ EARLY NEUTRAL EVALUATION
    ___ FOLLOWUP CONFERENCE     ___ SUMMARY BENCH / JURY TRIAL
    ___ MINI-TRIAL      X  MEDIATION

[ ]   All parties were represented by counsel

[ ]   The parties were present in person or by authorized corporate officer.

The case was:

[ ]   Resolved.

[ ]   There was significant progress.

[X]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement: await further word from the parties.

[ ]   Other:

April 17, 2019                                        /s/ Michael A. Ponsor
DATE                                                      ADR Provider