UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN WILLIAMS, On Behalf Of Herself and all similarly situated Individuals )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF SPRINGFIELD, Department of Public Works )<br>Defendants. ) | Civil Action No. 16-30179-KAR |

## SETTLEMENT ORDER OF DISMISSAL
June 24, 2019

The court, having been advised on  June 24, 2019,  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within  Sixty  (60) days if settlement is not consummated.

By the Court,

/s/ Mary Finn
Mary Finn
Deputy Clerk